GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GERALYN A. GULSETH
Special Assistant United States Attorney
California Bar No. 160872
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8923
    Facsimile:  (415) 744-0134
    E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DIANE McBATH, ) | |
|     Plaintiff, ) | No. EDCV 09-00072 PJW |
| ) | |
|     v. ) | **JUDGMENT OF REMAND** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within

-1-

1  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
2  **DECREED** that the above-captioned action is remanded to the Commissioner of
3
4  Social Security for further proceedings consistent with the Stipulation of Remand.
5
6
7  DATED: *10/19/09*  _____
                                    HON. PATRICK J. WALSH
8                                     UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28